# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE and FARM SERVICE AGENCY and its employees, servants, and agents acting on its behalf,<br><br>　　　　Defendants. | Case No. 3:17-cv-531-JPG-RJD |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED** without prejudice.

DATED: October 27, 2017

　　　　　　　　　　　　　　　　　　**JUSTINE FLANAGAN,**
　　　　　　　　　　　　　　　　　　**Acting Clerk of Court**

　　　　　　　　　　　　　　　　　　**BY:　s/Tina Gray**
　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**Approved:**
**s/ J. Phil Gilbert**
**J. Phil Gilbert**
**U.S. District Judge**

1